IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| IN RE FOUR AUTOMATED GUIDED VEHICLES: <br><br> TRANSBOTICS, A DIVISION OF SCOTT SYSTEMS INTERNATIONAL, INC., <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES OF AMERICA; KPMG, LLP; and INFINITY ROBOTICS, LLC, <br><br> Defendants. | Civil Action No.: 1:24-CV-00071-LAG |

## STIPULATION OF EXTENSION OF TIME TO RESPOND PURSUANT TO LOCAL RULE 6.1

Defendant KPMG, LLP ("KPMG") and Plaintiff Transbotics, a division of Scott Systems International, Inc. ("Transbotics") (collectively, the "Parties"), hereby stipulate to a 28-day extension of time for KPMG to respond to Plaintiff's Complaint (ECF No. 1). In support of this stipulation, the Parties state as follows:

1. Transbotics filed this action on May 21, 2024, against KPMG and Defendants the United States of America and Infinity Robotics, LLC. *See* ECF No. 1.

2. Transbotics personally served KPMG on May 24, 2024. *See* ECF No. 7. Consequently, under Federal Rule of Civil Procedure 12(a)(1)(A)(i), KPMG's response to Plaintiff's Complaint is due on Friday, June 14, 2024.

3. Under Local Rule 6.1, "[a]ny extensions of time within which to answer the complaint or an amended complaint by affirmative defenses or other defensive pleadings may be done by written, filed stipulations of counsel, not to exceed more than thirty (30) days from the original answer deadline without approval of the court."

4. Pursuant to Local Rule 6.1, the Parties hereby stipulate that KPMG shall respond to Plaintiff's Complaint by Friday, July 12, 2024, which is twenty-eight (28) days from the date of KPMG's original answer deadline.

Respectfully submitted this 12th day of June, 2024.

>*/s/ Charles G. Spalding, Jr.*
>Charles G. Spalding, Jr.
>Georgia Bar No. 411926
>Jessica P. Corley*
>Georgia Bar No. 572733
>KING & SPALDING LLP
>1180 Peachtree Street NE
>Suite 1600
>Atlanta, GA 30309
>Telephone:  (404) 572-4600
>Facsimile:   (404) 572-5100
>cspalding@kslaw.com
>jpcorley@kslaw.com
>
>Steve Cave*

KING & SPALDING LLP
1650 Tysons Blvd
Suite 400
McLean, VA 22102
Telephone: (703) 245-1000
Facsimile: (703) 245-9900

**Pro Hac Vice* forthcoming

*Attorneys for Defendant KPMG, LLP*

/s/ *Jennifer S. Collins*
Jennifer S. Collins
Georgia Bar No. 436806
WOMBLE BOND DICKINSON (US) LLP
1331 Spring Street NW
Atlanta, GA 30309
Telephone: (404) 879-2478
Facsimile: (404) 879-4857
Jennifer.collins@wbd-us.com

Mark P. Henriques
WOMBLE BOND DICKINSON (US) LLP
301 S. College Street
Suite 3500
Charlotte, NC 28202
Telephone: (704) 331-4912
Facsimile: (704) 338-7830
Mark.henriques@wbd-us.com

*Attorneys for Plaintiff Transbotics, a division of Scott Systems International, Inc.*

3

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## ALBANY DIVISION

| | |
|---|---|
| IN RE FOUR AUTOMATED GUIDED VEHICLES: <br><br> TRANSBOTICS, A DIVISION OF SCOTT SYSTEMS INTERNATIONAL, INC., <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES OF AMERICA; KPMG, LLP; and INFINITY ROBOTICS, LLC, <br><br> Defendants. | Civil Action No.: 1:24-CV-00071-LAG |

## CERTIFICATE OF SERVICE

This is to certify that on June 12, 2024, I electronically filed the foregoing Stipulation of Extension of Time To Respond Pursuant to Local Rule 6.1 with the Clerk of Court using the CM/ECF system, which automatically sends e-mail notification of such filing to any attorneys of record:

/s/ *Charles G. Spalding, Jr.*
Charles G. Spalding, Jr.
Georgia Bar No. 411926